# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Walter Dean, et al.

                                                        Plaintiff,

v.                                                      Case No.: 1:19–cv–02694

                                                        Honorable John Robert
                                                        Blakey

National Production Workers Union Severance
Trust Plan, et al.

                                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2019:

    MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held on 7/9/2019. Oral motion for leave to file amended complaint is granted and shall be filed on or before 8/2/2019. Defendant's motion to dismiss [18] is denied without prejudice. Oral agreed motion to stay MIDP deadlines pending further order of the Court is granted. Status hearing set for 8/8/2019 at 9:45 a.m. in Courtroom 1203. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.