# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Walter Dean, et al.

                                                Plaintiff,

v.                                                           Case No.: 1:19−cv−02694

                                                                 Honorable John Robert Blakey

National Production Workers Union Severance Trust Plan, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 13, 2021:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the parties' stipulation [68], the Court dismisses with prejudice Count VII of Plaintiffs' second amended complaint. This dismissal addresses the one claim remaining in this case, as the Court dismissed Plaintiffs' other claims in a prior decision, [61], [62], and Plaintiff has elected not to amend the claims dismissed without prejudice, see [69]. As a result, the Court directs the Clerk to enter final judgment of dismissal. All set dates and deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.